UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        v.

JAMES HARDY,

        Defendant.

10-cr-1123 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    On April 20, 2020, the Court received a letter motion from defendant James Hardy asking the Court to either commute his sentence or to allow him to serve the duration of his sentence on home confinement. ECF No. 43. For the reasons stated in the Government's letter response (to be docketed with this order), the defendant's motion is denied.

    SO ORDERED.

Dated:   New York, NY

          April 27, 2020

_____
United States District Judge

1