```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA             :
                                     :
                                     :   10-cr-1123 (JSR)
        -v-                          :
                                     :       ORDER
JAMES HARDY                          :
                                     :
    Defendant.                       :
                                     :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The representation of the defendant in the above captioned matter is assigned to C.J.A. Attorney on duty June 12, 2020, John F. Kaley, for the purpose of making a motion for compassionate release. Mr. Kaley is directed to make any applications in connection with this matter promptly.

    SO ORDERED

Dated:   New York, NY                    _____
         June 12, 2020                   JED S. RAKOFF, U.S.D.J.

1