```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :
          v.                         :     10-cr-01123-1 (JSR)
                                     :
JAMES HARDY,                         :
                                     :
               Defendant.            :     ORDER
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

The representation of the defendant in the above-captioned matter is assigned to C.J.A. Attorney on duty August 26, 2021, Deborah Colson, for the purpose of supplementing, if deemed necessary, the pro se motion for compassionate release received by the Court on July 26, 2021.

SO ORDERED.

Dated: New York, NY
       August 26, 2021                    _____
                                          JED S. RAKOFF, U.S.D.J.

-1-