UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES HARDY,<br><br>Defendant. | 10-cr-1123 (JSR)<br><br>MEMORANDUM ORDER |

JED S. RAKOFF, U.S.D.J.

On November 15, 2021, this Court denied defendant James Hardy's renewed motion for compassionate release. See ECF No. 72. On November 16, 2021, Hardy filed a pro se motion styled as an amendment to his motion for compassionate release or, in the alternative, as a motion for reconsideration of his motion for compassionate release. See ECF No. 73. In substance, Hardy states that in the letter submitted by his appointed counsel supplementing his prior pro se motion for compassionate release, counsel incorrectly stated that Hardy pleaded guilty to both conspiring to commit Hobbs Act robbery, in violation of 18 U.S.C. § 1951, and committing Hobbs Act robbery, in violation of 18 U.S.C. § 1951, when – according to Hardy – he actually pleaded guilty to two counts of conspiring to commit Hobbs Act robbery. However, as the record reflects, Hardy did in fact plead guilty to both conspiring to commit Hobbs Act robbery and

1

committing such robbery.  See ECF No. 18 at 16-19.  Accordingly, Hardy's motion is denied.

    SO ORDERED.

Dated:   New York, NY

        November 23, 2021        JED S. RAKOFF, U.S.D.J.