UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JAMES HARDY,

       Defendant.

---

10-cr-1123 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    By letter dated January 19, 2022, here attached, defendant James Hardy requests the audio recording of a proceeding before this Court on December 28, 2010, claiming that the Court made a prejudicial statement that was not reflected in the hearing's official transcript, ECF No. 15.  No such recording is made in the ordinary course, and none exists here, so the request must be denied.  Further, the Court could not and did not make any such statement, on or off the record.  To the extent Hardy recalls otherwise, he is mistaken.

    SO ORDERED.

Dated:    New York, NY

           January 28, 2022

                                    JED S. RAKOFF, U.S.D.J.

Jan. 19th 2022
Case #10-Cr-1123 JSR

Dear Clerk,

Will you please issue me a copy of the "Audio" of the court proceedings on Dec. 23rd 2010 at 11:55am.

This will show him saying: "There is an inmate showing that a <u>Gorilla</u> in the wild knows that when a person shows his teeth that that is a sign of aggression."

That is equivalent of him calling me a <u>nigger</u>, a <u>porch monkey</u>, or <u>spear chucker</u>. Those people who was in court that day knew and my lawyer William C. Komaroff and AUSA Ms. Korenbaum was present so from the start it was never effective assistance of counsel cause him the Judge and the prosecutor are all <u>racist</u> and it is showing when the Judge Jed S. Rakoff denied all of the motions, knowing that he erase that from Doc#15 transcripts but the Audio for that day and time, will show Jed S. Rakoff making that <u>racist</u> statement and once he said that I gave up and tried to plead guilty

I need this so I can appeal my case
Thank you
Respectfully James Hardy

Mr. James Hardy
64088-054
USP Canaan
P.O. Box 300
Waymart Pa. 18472

(Legal mail)

RECEIVED JAN 24 2022 CLERK'S OFFICE S.D.N.Y.

LEHIGH VALLEY PA 180  21 JAN 2022 PM 4 L

Crim. Docketing

Attn: Clerk of the Court
United States District Court of the Southern District
of New York
500 Pearl Street
New York, New York 10007