UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

vs.

James Hardy

---

**ORDER**

10    CR 1123(JSR)

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant, James Hardy

, Reg # (64098- ) -054, be released from custody, The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

2/8/24
_____
Date