UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------
UNITED STATES

vs.

James Hardy
---------------------------------------

ORDER

10   CR 1123 (JSR)

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant, James Hardy, Reg # 64098-054, be released from custody, The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

3/5/24
Date