UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

JAMES HARDY,

        Defendant.

10-cr-1123-1 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On December 2, 2025, defendant James Hardy wrote to the Court to request that his "V.O.P. detainer" be lifted so that he could avail himself of rehabilitation programs in the New York State correctional facility where he is presently incarcerated.

Hardy remains subject to the arrest warrant that this Court issued on November 10, 2024, in connection with alleged violations of the terms of his supervised release. The detainer to which he is subject is based on this outstanding warrant, which will remain outstanding until Hardy completes his term of imprisonment in New York State custody.

At the Court's request, the United States Probation Office inquired with Hardy's facility of incarceration about Hardy's eligibility to participate in rehabilitation programs. The facility reported that, while applicable New York State policies prohibit Hardy from participating in temporary work-release programs, he is eligible to participate in certain of the facility's academic, vocational, substance abuse, and mental health programs. Hardy should consult with officials at the facility about these programs.

1

The Court expresses its gratitude to the Probation Office for its efforts. The Clerk of Court is respectfully directed to docket Hardy's letter of December 2, 2025, along with this Order.

SO ORDERED.

Dated:   New York, NY
         January 5, 2026                    _____
                                            JED S. RAKOFF, U.S.D.J.

2